EMMONS HOWARD, Appellant, *v.* JOHN J. ALBRIGHT,
Respondent.

*Howard* v. *Albright*, 132 App. Div. 947, affirmed.
(Argued June 7, 1910; decided October 4, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered

June 14, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action on contract.

*Frank Gibbons* for appellant.

*Louis L. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.